1  **ROBERT A. CASSIO     SBN: 170197**
   **Law Office Robert A. Cassio**
2  **2300 Tulare Street,  Suite 230**
   **Fresno, California   93721**
3  **Telephone:   (559) 498-6310**
   **Telephone:   (559) 498-8580**
4  **Email:         vencero@sbcglobal.net**

5  **Attorney for Defendant Charles Edward Klaus**

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA, | ) CASE NO.   1:10-CR-00176 OWW
   |                           | )
11 |         Plaintiff,        | ) STIPULATION AND ORDER TO
   |                           | ) TERMINATE OUTPATIENT DRUG
12 |     v.                    | ) TREATMENT
   |                           | )
13 | CHARLES EDWARD KLAUS,     | )
   |                           | )
14 |         Defendant.        | )
   |                           | )
15 |_____| )

16   Defendant Charles Klaus has been attending and participating in an outpatient drug treatment program, which he has completed.  The Defendant's drug treatment counselor is in agreement to successfully terminate his participation in outpatient drug treatment, and Pretrial Services is not opposed to the modification.

20   The parties stipulate, agree and request the Court adopt the parties' stipulation as the Order of the Court and vacate the following conditions: The Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

24   The parties stipulate that random drug testing would continue to be in effect.

25   The parties stipulate that all prior ordered conditions of release, not in conflict, remain in full force and effect.

27  //

28  //

| | |
|---|---|
| Dated: June 15, 2011 | /s/ Robert A. Cassio<br>ROBERT A. CASSIO<br>Attorney for Defendant<br>CHARLES EDWARD KLAUS |
| Dated: June 15, 2011 | /s/ Elana S. Landau<br>ELANA S. LANDAU<br>Assistant United States Attorney<br>**This was agreed to by Ms. Landau via email on June 15, 2011** |

IT IS SO ORDERED.

**Dated:   June 16, 2011**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE